B 1 (Official Form 1) (1/08)

| United States Bankruptcy Court | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>FOCUS TEN OF FLORIDA, INC. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>ARBY'S RESTAURANT | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):<br>65-1132686 | Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>28705 BENNINGTON DRIVE<br>WESLEY CHAPEL, FL<br>ZIP CODE 33544 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>PASCO | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>SEE LIST ATTACHED | ZIP CODE |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [✓] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [✓] Other
  ARBY'S RESTAURANT

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)

- [ ] Chapter 7
- [ ] Chapter 9
- [✓] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [✓] Debts are primarily business debts.

**Filing Fee** (Check one box.)

- [✓] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [✓] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| [✓] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| [ ] | [ ] | [ ] | [✓] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| [ ] | [ ] | [ ] | [ ] | [✓] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>**FOCUS TEN OF FLORIDA, INC.** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
| Location Where Filed: | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| B 1 (Official Form) 1 (1/08) | Page 3 |
|---|---|
| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>**FOCUS TEN OF FLORIDA, INC.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
    Signature of Debtor

X _____
    Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
    (Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

X *[signed]* Rod Anderson
Signature of Attorney for Debtor(s)
**ROD ANDERSON**
Printed Name of Attorney for Debtor(s)
**HOLLAND & KNIGHT**
Firm Name
**100 NORTH TAMPA ST SUITE 4100**
**TAMPA, FL 33602**
Address

Telephone Number
**8132278500**
Date **3/30/10**

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *[signed]*
Signature of Authorized Individual
**DONNA J DOYLE**
Printed Name of Authorized Individual
**SECT-TREASURER**
Title of Authorized Individual
**3/30/2010**
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

**FOCUS TEN OF FLORIDA, INC. LIST OF LOCATION OF PRINCIPAL ASSETS OF BUSINESS**

ARBY'S # 7304
5620 W WATERS AVE
TAMPA, FL 33634

ARBY'S # 7519
828 PROVIDENCE RD
BRANDON, FL 33511

ARBY'S # 7414
1009 BRUCE B DOWNS BLVD
WESLEY CHAPEL, FL 33543

ARBY'S # 7541
22820 STATE RD 54
LUTZ, FL. 33549

# FOCUS TEN OF FLORIDA, INC. MAILING MATRIX

Access Point, Inc.
Dept. AT 952853
Atlanta, GA 31192-2853

ACR Supply Co. Inc.
4040 S Alston Ave.
Durham, NC 27713

ADP- Ray Leonard
4900 Lemon Street
Tampa, FL 33609

ADP Inc.
5800 Windward Pkwy MS-A321
Alpharetta, GA 30005

ADT Security Services, Inc.
P.O. Box 371967
Pittsburgh, PA 15250-7967

AFA Service Corp.
P.O. Box 890951
Charlotte, NC 28289-0951

Allen Industries, Inc.
P.O. Box 890290
Charlotte, NC 28289-0290

Ameri-Fax
2021 N Glassell St
Orange, CA 92865

American Express
P.O. Box 297814
Ft. Lauderdale, FL 33329-7814

American Express
P.O. Box 360001
Ft Lauderdale, FL 33336-0001

Arby's Franchise Trust
1155 Perimeter Ctr West
Atlanta, GA 30338

Arby's Restaurant Group, Inc.
1155 Perimeter Center West
Atlanta, GA 30338

Arby's Coop of Tampa
c/o Jones McKnight & Edmonson
1429 Business Ctr. Dr.
Conyers, GA 30094

ARCOP, Inc.
1155 Perimeter Center West
Suite 1000
Atlanta, GA 30338

B Kirby Communications, Inc.
5532 Scaramuche Lane
Orlando, FL 32821

Bay Area Fire Protection Service
5245 Crafts Street
New Port Richey, Florida 34652

Beltram Edge Tool Supply, Inc.
dba Beltram Foodservice Grp.
6800 N. Florida Ave.
Tampa, FL 33604

Bezac Equipment Company
3721 Mahoning Ave
Youngstown, OH 44515

Blade Uniforms
PO Box 932058
Atlanta, GA 31193-2058

Bank of America
 Merchant Services
P O Box 2485
Spokane, WA 99210

Brandon Electric, Inc.
P.O. Box 358
Dover, FL 33527

Brandon Lock & Safe, Inc.
333 Falkenburg Rd. N. B203
Tampa, FL 33619

BroadSource Technologies, Inc.
8870 N Himes Ave #319
Tampa, FL 33614

Cass Plumbing Inc
PO Box 272876
Tampa, FL 33688-2876

Chris's Plumbing Service, Inc.
P.O. Box 3389
Riverview, FL 33568-3389

Christopher Doyle
306 Stratfield Drive
Lutz, FL 33549

Cintas
97627 Eagle Way
Chicago, IL 60678-9760

Circle Lock & Key
P O Box 261586
Tampa, FL 33685

City of Tampa Utilities
P O Box 30191
Tampa, FL 33630-3191

CK'S Produce, Inc.
P.O. Box 11637
Tampa, FL 33610

Colony Insurance Company
P O Box 85122
Richmond, VA 23285-5122

Commercial Appliance
8416 Laurel Fair Circle #114
Tampa, FL 33610

Commercial Electronics Inc.
3421 Hollenberg Drive
Bridgeton, MO 63044

Commercial Equipment Service, Inc.
1801 Mapleleaf Blvd.
Oldsmar, FL 34677

Crowell Plumbing & Heating Co.
7305 Florida Ave.
Tampa, FL 33604

DayDots
1801 Riverbend West Drive
Ft Worth, TX 76118

Dept of Business &
Professional Regulation
P O Box 6300
Tallahassee, FL 32314-6300

Design Furnishings
3647 All American Blvd.
Orlando, FL 32810

Discover Card
P O Box 3016
New Albany, OH 43054

Division of Hotels & Restaurants
1940 North Monroe Street
Tallahassee, FL 32399-0783

DMS Neon Signs, Inc.
5421 Old Poole Rd. Ste. 106
Raleigh, NC 27610

Donna Doyle
28705 Bennington Dr
Wesley Chapel, FL 33544

Door-Lock Solutions, LLC
3503 Braemar St
Land O'Lakes, FL 34638

Hillsborough County
P O Box 172920
Tampa, FL 33672-0920

Earthlink, Inc.
PO Box 6452
Carol Stream, IL 60197-6452

Ecolab Equipment Care GCS Service, Inc.
24673 Network Place
Chicago, IL 60673-1246

ERC Parts, Inc.
4001 Cobb International Blvd.
Kennesaw, GA 30152

Fabian
4208 W Dr Martin Luther King Jr. Blvd
Tampa, FL 33614

Flowers Baking Co.
of Bradenton, Inc.
P.O. Box 101741
Atlanta, GA 30392

Fed Ex
P O Box 94515
Palatine, IL 60094-4515

Ferguson Heating & Cooling
PO Box 100286
Atlanta, GA 30384-0286

Filter Pure Systems, Inc.
Attn: Acct. Dept.
P.O. Box 31157
Tampa, FL 33631-3157

Fire Fighter, Inc.
P O Box 888
Land O Lakes, FL 34639

Fire King Security
Products, LLC
PO Box 70869
Philadelphia, PA 19176-5869

Florida Department of Rev.
5050 W Tennessee St
Tallahassee, FL 32399-0100

Fletcher Martin, LLC
P.O. Box 533065
Atlanta, GA 30353-3065

Florida By Products, Inc.
465 Caboose Place
Mulberry, FL 33860

FL Dept. of Transportation
Attention: Logo Program
605 Suwannee Street, MS 22
Tallahassee, FL 32399

Florida Dept. of Financial Services
P.O. Box 850001
Orlando, FL 32885-0284

Florida Logos, Inc.
3764 New Tampa Hwy
Lakeland, FL 33815

Florida Natural Gas
PO Box 934726
Atlanta, GA 31193-4726

Florida Seating
P.O. Box 17660
Clearwater, FL 33762

Focus Ten
28704 Bennington Dr.
Wesley Chapel, FL 33543

Food Service Supplies
1924 Paysphere Circle
Chicago, IL 60674

Ford & Harrison LLP
P.O. Box 101423
Atlanta, GA 30392-1423

Franklin Machine Products, Inc.
PO Box 8500 S-41570
Philadelphia, PA 19178

Frontier Lighting, Inc.
2090 Palmetto Street
Clearwater, FL 33765

GE Capital Bank of America
 Lockbox Services
1401 Elm St 5th Floor
Dallas, TX 75202

GEN III Group
100 Gen III Ave
Fountain Inn, SC 29644

Greenspan Marketing
2397 McGarity Rd.
McDonough, GA 30252

Gulf Refrigeration Supply
8920 Sabal Industrial Blvd.
Tampa, FL 33619-1326

Heritage
P.O. Box 8710
Fort Wayne, IN 46898-8710

Hernando Fire & Safety
 Equipment Co.
1109 Ponce de Leon Blvd
Brooksville, FL 34601

Hillsborough County BOCC
10061 E. Adamo Drive
Tampa, FL 33619

Water Department
 Hillsborough County
P.O. Box 30702
Tampa, FL 33630-3702

Hillsborough County Office
 Fire Marshall
P O Box 310398
Tampa, FL 33680

Hillsborough County Water
 Resource Service
PO Box 89097
Tampa FL 33689-0401

HM Electronics, Inc.
14110 Stowe Dr.
Poway, CA 92064

Hobart Corporation
5424 W. Waters Ave
Tampa, FL 33634

Howard Co
P O Box 78228
Milwaukee, WI 53278-0228

Infinite Energy, Inc. Payment Center
P.O. Box 31514
Tampa, FL 33631-3514

Inland US Management LLC
Bldg #36069
13068 Collections Center Dr
Chicago, IL 60693-0130

Inland Western Wesley
 Chapel Northwoods
4500 Solutions Center
Chicago, IL 60677-4005

Irwin Franchise Capital
One Maynard Dr , Ste 2104
Park Ridge, NJ 07656

J & J Refrigeration
3404 Begonia Place
Largo, FL 33771

James H Summers
6534 Foxmoor Dr
Zephyrhills, FL 33542

Janitor's Closet, Inc.
4183 E. Hillsborough Ave.
Tampa, FL 33610

John Goddard Produce, Inc.
1111 West Main Street
Lakeland, FL 33815

Johnstone Supply
3650 W. Spruce St
Tampa, FL 33607-2505

KB Investment Holdings, Ltd
2226 State Road 580
Clearwater, FL 33763

Lakeside Occupational
 Medical Center, Inc
7527 Ulmerton Road
Largo, FL 33771

Liberty Mutual Insurance Co
PO Box 7247-0109
Philadelphia, PA 19170-0109

Long Life Lighting
665 Perimeter Road
Greenville, SC 29605

Loyal & Hearty, Inc.
26428 Pheasant Run N.
Wesley Chapel, FL 33544-2471

Main Street Bank
23970 US 59 North
Kingwood, TX 77339

Marsh USA
P O Box 281915
Atlanta, GA 30384

Massey Services, Inc.
c/o Kathy Weller
3350 Ulmerton Rd.
Clearwater, FL 33762

Meadowbrook Meat Co., Inc.
MBM Corp.
2641 Meadowbrook Rd.
Rocky Mount, NC 27802

Meares Plumbing, Inc
8425 Arcola Avenue
Hudson, FL 34667

Mechanik, Nuccio, Hearne
& Wester PA
305 S. Boulevard
Tampa, FL 33606-2150

MetLife SBC
PO Box 804466
Kansas City, MO 64180-4466

Metropolis Developers, Inc.
500 N Westshore Blvd
Suite 740
Tampa, FL 33609

Micro-Ovens
The Microwave Specialist
1400 S.Saunders St.
Raleigh, NC 27603

Mike Olsen, Tax Collector
Pasco County Tax Coll.
P.O. Box 276
Dade City, FL 33526-0276

MM Landscaping
158 Hayes Street
Lake Wales, FL 33859

NELMAR
3100 des Batisseurs
St Terrebonne
Quebec J6Y 0A2 Canada

Northern Leasing Systems
132 West 31st St, 14th Floor
New York, NY 10001

Northside A/C & Elecrical
10701 N. Nebraska Ave
Tampa, FL 33612

NuCo2, LLC
P.O. Box 9011
Stuart, FL 34995-9011

Olin Plumbing, Inc.
2123 S 86th St.
Tampa, FL 33619

Olympus BK LLC
Attn: Dr. N. Kavouklis
4010 W. State St.
Tampa, FL 33609

Pasco County BOCC
Pasco County Utilities Services
P.O. Drawer 2139
New Port Richey, FL 34656-2139

Patricia Dalton
3815 Burning Tree Drive
Bloomfield Hills, MI 48302

Proctor & Gamble
Attn: CBS Equipmt./Service Team
2 P&G Plaza, TN-6 Box 5
Cincinnati, OH 45202

Professional Glass, Inc.
PO Box 1470
Thonotosassa, FL 33592-1470

Progress Energy Florida, Inc.
P.O. Box 33199
St. Peterburg, FL 33733

R.E.B. Air Conditioning
 & Heating
P O Box 1129
Oldsmar, FL 34677

Refresh Technologies
2772 Lake Vista Drive
Buford, GA 30519

Restaurant HVAC
 Speciality, Inc.
2045 Broad St.
Brooksville, FL 34604-6817

Ridge Energy Savers, Inc
135 So. Acuff Road
Lake Wales, FL 33859

Schmidt Trust
c/o Patti Howell
475 W 12th Ave #9E
Denver, CO 80204

S&D Coffee, Inc.
PO Box 1628
Concord, NC 28026-1628

Serigraph Inc.
PO Box 517
West Bend, WI 53095

SIR Enterprise Manufacturing, Inc.
PO Box 817
St. Joseph, MO 64502

Southern Technology Systems
349-L Copperfield Blvd #315
Concord, NC 28025

Southland HVAC
P O Box 11945
Tampa, FL 33680-1945

Southland Restaurant Services LLC
9605 E. US Highway 92
Tampa, FL 33610

Specialty Lighting & Recycling, Inc
P. O. Box 643
Frankfort, IL 60423

Spoto High School Band Booster
Mardi Fletcher
8618 Sandy Plain Dr
Riverview, FL 33578

Stored Value Systems
101 Bullitt Lane, Ste 305
Louisville, KY 40222

Tampa Arby's Co-op, Inc.
Jones McKnight & Edmonson
1429 Business Ctr Drive
Conyers, GA 30094

Taylor Freezer Sales Company, Inc.
14601 McCormick Drive
Tampa, FL 33626-3025

Tampa Electric
P.O. Box 31318
Tampa, FL 33631-3318

TECO Peoples Gas
P.O. Box 31017
Tampa, FL 33631-3017

The Flyer
P.O. Box 5059
Tampa, FL 33675-5059

The Hartford-Priority Accounts
 Group Benefits Division
PO Box 8500-3690
Philadelphia, PA 19178-3690

The Howard Company, Inc.
P.O. Box 78228
Milwaukee, WI 53278-0228

David McGann, Trustee
W 201 North River Drive
Ste. 360
Spokane, WA  99201

The Pressure's On, Inc.
1706 Lady Bowers Trail
Lakeland, FL 33809

Traffic Generators
P.O. Box 533065
Charlotte, NC  28217

Treasury Sales & Services LLC
ATTN: Accounting
3815 Northridge Drive
Valrico, FL  33594

Tropic Supply, Inc.
151 NE 179th St
Miami, FL  33162

Uni-Structures, Inc.
3595 Canton Hwy A-9 #275
Marietta, GA  30066

UPS
P O Box 7247-0244
Philadelphia, PA 19170-0001

VRS, INC.
P.O. Box 212573
Columbia, SC 29221-2573

Wachovia Bank 1
100 S. Ashley Dr. Ste 830
Tampa, FL  33602-5341

Waste Management of Pasco
P.O. Box 105453
Atlanta, GA  30348-5453

Waste Management of Tampa
P.O. Box 9001054
Louisville, KY 40290-1054

Waste Services of Florida, Inc
PO Box 5278
Carol Stream, IL  60197-5278

Wells Fargo Insurance
 Services Southeast
311 Park Place Blvd, Ste. 400
Clearwater, FL  33759

White Cap Management Company
270 Pine Avenue
Lauderdale, FL  33308


# 9297025_v1